IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-11-00043-CR

 

Clifford Dean Cogdill,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 



From the 413th District
Court

Johnson County, Texas

Trial Court No. F43605

 



MEMORANDUM  Opinion










 

Clifford Dean Cogdill attempts to appeal
from his conviction in August of 2010.  By letter dated February 22, 2011, the
Clerk of this Court notified Cogdill that the appeal was subject to dismissal
because it appeared that the notice of appeal was untimely and that the trial
court’s certificate of right of appeal indicated that Cogdill waived his right
to appeal and had no right to appeal.  See Tex. R. App. P. 26.2(a)(1); 25.2(d).  The Clerk also warned
Cogdill that the appeal would be dismissed unless, within 21 days of the date
of the letter, a response was filed showing grounds for continuing the appeal. 
See Tex. R. App. P. 44.3. 
We received a response from Cogdill; however, it does not provide grounds for
continuing the appeal.  

            Accordingly, this appeal is
dismissed.

 

                                                                        TOM
GRAY

                                                                        Chief
Justice

 

Before
Chief Justice Gray,

            Justice
Davis, and

            Justice
Scoggins

Appeal
dismissed

Opinion
delivered and filed March 16, 2011

Do
not publish 

[CR25]